IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MUSTAFA-EL K.A. AJALA
formerly known as Dennis E. Jones-El,

                                          JUDGMENT IN A CIVIL CASE

    Plaintiff,                                         13-cv-544-bbc

v.

KELLI WEST, AMY SMITH,
RICK RAEMISCH, TODD OVERBO,
CATHY JESS, PETER HUIBREGTSE,
GARY HAMBLIN, TIM HAINES,
CHARLES COLE, STEVE CASPERSON,
GARY BOUGHTON and
ANTHONY BROADBENT,

    Defendants.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Kelli West, Amy Smith, Rick Raemisch, Todd Overbo, Cathy Jess, Peter Huibregtse, Gary Hamblin, Tim Haines, Charles Cole, Steve Casperson, Gary Boughton and Anthony Broadbent granting their motion for summary judgment and dismissing this case.

| /s/ | 11/19/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |